# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| THOMAS EARL BRADSHAW, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | Civil No. 3:09-0987 |
| | ) | Judge Trauger |
| TONY PARKER, Warden, | ) | Magistrate Judge Brown |
| Respondent. | ) | |

## O R D E R

On October 27, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 59), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the remaining claim of ineffective assistance of counsel in sentencing is **DISMISSED**, and the Petition in its entirety is **DENIED**.

It is so **ORDERED**.

ENTER this 19th day November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge